**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CHULA VISTA CITIZENS FOR JOBS AND FAIR COMPETITION; LORI KNEEBONE; LARRY BREITFELDER; ASSOCIATED BUILDERS AND CONTRACTORS OF SAN DIEGO, INC.,
*Plaintiffs-Appellants*,

v.

DONNA NORRIS; MAYOR CHERYL COX; PAMELA BENSOUSSAN; STEVE CASTANEDA; JOHN MCCANN, in his official capacity as Member of the Chula Vista City Council; RUDY RAMIREZ, JR., in his official Capacity as Member of the Chula Vista City Council,
*Defendants-Appellees*,

STATE OF CALIFORNIA,
*Intervenor-Defendant–Appellee*.

No. 12-55726

D.C. No. 3:09-cv-00897-BEN-JMA

ORDER

Filed October 7, 2014

**ORDER**

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.